IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. WATTS, | ) | No. C 13-1585 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| USPO CHIEF DOUGLAS HEUERMANN, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a federal prisoner proceeding *pro se*, filed the instant civil rights action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 14 (1971), against federal employees of the United States Probation Office in Peoria, Illinois. Because it appears that the acts of which Plaintiff complains occurred in Peoria County and Defendants are located in Peoria County, which lies within the venue of the Central District of Illinois, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of Illinois. *See* 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Central District of Illinois.

DATED: __4/19/13__

LUCY H. KOH
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.13\Watts585trans.wpd